AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

COPY

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Adelman, Lynn S | **2. Court or Organization**<br><br>Eastern District of Wisconsin | **3. Date of Report**<br><br>05/09/2008 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2007<br>to<br>12/31/2007 |
| **7. Chambers or Office Address**<br><br>517 E. Wisconsin Ave. Rm. 364<br>Milwaukee, WI 53202 | **8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**<br><br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2008 MAY 12 A 11: 47
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S | 05/09/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | State of Wisconsin - Pension/Retirement | $ 18,262.00 |
| 2. 2007 | State of Wisconsin - Deferred Compensation | $ 12,746.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Attorney - self employed |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Constitution Society | July 26-27, 2007 | Washington DC | Speaking engagement | Airfare, parking, cab fare, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MFS Fund Total Return | A | Dividend | | T | Sell | 4/4 | M | D | |
| 2. Growth Fund of America | A | Dividend | | T | Sell | 4/4 | M | E | |
| 3. McDonald's Corp. | A | Dividend | | T | Sell | 4/4 | J | D | |
| 4. Exxon | A | Dividend | K | T | | | | | |
| 5. Motorola, Inc. | A | Dividend | | T | Sell | 4/4 | J | A | |
| 6. Pepsico, Inc. | A | Dividend | | T | Full gift | 2/16 | J | | Gift to ███ |
| 7. Nike | A | Dividend | K | T | | | | | |
| 8. Pfizer, Inc. | B | Dividend | K | T | | | | | |
| 9. Royal Dutch Pet. Co. | A | Dividend | J | T | | | | | |
| 10. Insured Muni Income Tr. | B | Interest | | T | Redemption | 12/19 | J | A | |
| 11. Nuveen Exempt Trust | B | Interest | J | T | | | | | |
| 12. Puerto Rico Bd. Bldg. | A | Interest | K | T | | | | | |
| 13. Treasury Invt. Gr. Rep. Series 18 (IRA) | | None | K | T | | | | | |
| 14. Treasury Invt. Gr. Rep. Series 18 (IRA) | | None | J | T | | | | | |
| 15. Rental Property - Milwaukee, WI | E | Rent | O | S | | | | | |
| 16. Citizen's Bank of Mukwonago | A | Interest | J | T | | | | | |
| 17. Citizen's Bank of Munkowago | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mutual Savings Bank | A | Interest | J | T | | | | | |
| 19. Citizen's Bank of Mukownago | A | Interest | J | T | | | | | |
| 20. Citizen's Bank of Mukownago | A | Interest | J | T | | | | | |
| 21. Business - plant nursery at residence | | None | J | W | | | | | |
| 22. Wells Fargo Mun. Fund | B | Interest | K | T | | | | | |
| 23. Puerto Rico 4.875% | B | Interest | L | T | | | | | |
| 24. Puerto Rico 5.0% | A | Interest | K | T | Capital chg | 12/31 | J | | |
| 25. Puerto Rico 5.0% | A | Interest | K | T | Capital chg | 12/31 | K | | |
| 26. Puerto Rico 5.0% | A | Interest | K | T | | | | | |
| 27. Puerto Rico 5.0% | B | Interest | L | T | | | | | |
| 28. Eaton Vance Tax MGD | C | Dividend | N | T | Partial Sale | 4/4 | K | C | |
| 29. Eaton Vance Mut. FDTR | C | Dividend | N | T | | | | | |
| 30. Alliance Growth & Income | | None | | T | Sold | 4/4 | L | E | |
| 31. Guam Power Auth. Rev. | C | Interest | L | T | | | | | |
| 32. Midcap SPDR | A | Dividend | L | T | Buy | 1/26 | K | | |
| 33. NASDAQ 100 | A | Dividend | | T | Sell | 4/4 | J | A | |
| 34. Energizer Holdings | | None | J | T | Partial gift | 7/6 | J | | Gift to ▬▬ |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Alliance Health Care (IRA) | | None | | T | Sell | 1/26 | J | A | |
| 36. Kinder Morgan | A | Dividend | | T | Partial gift | 1/30 | J | | Gift to ▆▆▆ |
| 37. | | | | T | Partial gift | 3/27 | J | | Gift to charity |
| 38. Mainstay MAP Equity - A | B | Dividend | | T | Sell | 4/4 | K | C | |
| 39. Mainstay MAP Equity - A IRA | A | Dividend | | T | Sell | 1/26 | J | B | |
| 40. Alliance Bernstein Small Cap Value IRA | C | Dividend | L | T | | | | | |
| 41. Mainstay MAP Equity - A IRA | A | Dividend | | T | Sell | 1/26 | J | B | |
| 42. Diamond Tr. Unit 1 | A | Dividend | | T | Sell | 4/4 | K | C | |
| 43. Fidelity New Insight IRA | A | Dividend | K | T | | | | | |
| 44. Fidelity New Insight Sep IRA | A | Dividend | K | T | | | | | |
| 45. Mutual Discovery Sep IRA | B | Dividend | K | T | | | | | |
| 46. Alliance Disciplined Value ADGBX (IRA) | A | Dividend | | T | Sell | 1/26 | J | A | |
| 47. Henderon European Focus Fund HFEDX (IRA) | D | Dividend | L | T | Buy | 1/26 | J | | |
| 48. Savient Pharma | | None | K | T | Partial Sell | 1/26 | J | C | |
| 49. Alliance Int'l Growth AWPBX | A | Dividend | J | T | Buy | 1/26 | J | | |
| 50. Montana State Brd Hs'g | A | Interest | K | T | Buy | 8/27 | K | | |
| 51. Puerto Rico G/O Comwlth | A | Interest | K | T | Buy | 5/24 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | N =$250,001 - $500,000 | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Orange County FL Hs'g Fin. Auth. | B | Interest | L | T | Buy | 5/24 | L | | |
| 53. San Patricio TX Mun. Water Dist. | B | Interest | L | T | Buy | 5/24 | L | | |
| 54. NY State Twy Auth. Hwy | A | Interest | | T | Buy | 5/24 | K | | |
| 55. Puerto Rico Elec Power Auth. | A | Interest | L | T | Buy | 4/23 | L | | |
| 56. Peoria AZ Impt Dist. | A | Interest | L | T | Buy | 4/20 | L | | |
| 57. Bay County FL Sch. Bd. | A | Interest | L | T | Buy | 4/20 | L | | |
| 58. FL Hs'g Fin. Corp. | A | Interest | L | T | Buy | 4/20 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII, line 15 reflects City of Milwaukee (Wisconsin) Assessor's Office assessment, which is considered by that office to be 100% of its value.

Section VII, line 21, plant nursury at residence, had no income during the reporting period.

Section VII, line 20 is a savings account holding funds for plant nursury.

Section VII, line 24, Puerto Rico 5.0%, was listed on last year's report at line 26. On 12/31/07, the investment split into two different bonds as the result of a capital change. The second bond resulting from this occurrence is listed on line 25 of this year's report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544